IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-01207-WDM-MJW

CHARLES E. TATHAM, JR., ET AL.,

Plaintiff(s),

v.

DePUY ORTHOPAEDICS, INC.,

Defendant(s).

ORDER SETTING

Entered by Magistrate Judge Michael J. Watanabe

    Upon information from both Beth Klein and Lee Mickus that this case has been resolved, it is hereby ORDERED that the scheduling conference set on August 24, 2005, at 8:30 a.m. is VACATED. Counsel shall submit their joint stipulated motion to dismiss on or before September 19, 1005.

Date: August 22, 2005