IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01207-WDM-MJW

CHARLES E. TATHAM, JR. AND
YVONNE L. TATHAM,

    Plaintiffs,

v.

DEPUY ORTHOPAEDICS, INC.,

    Defendant.

---

**NOTICE OF DISMISSAL**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on September 20, 2005.

                                              BY THE COURT:

                                              /s/ Walker D. Miller
                                              United States District Judge